IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLESTER BILLS**                                                                                          **PLAINTIFF**

**v.**                                          **NO. 4:16CV00193 JLH**

**USA and JOHN WEBB**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE